

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PROCTOR & GAMBLE CO.,

                Plaintiff,

    - against -

ALISONS PHARMACY INC., BEST CARE PHARMACY INC., CENTRAL PHARMACY CORP. d/b/a GRAND PHARMACY, FIRST CHOICE PHARMACY CORP., GOOD HEALTH PHARMACY, INC., D BEST PHARMACY, INC. and JEN'S SUPER STORE INC. a/k/a JEN'S SUPERSTORE INC.,

                Defendants.

06 Civ. 7545 (RCC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-21-06

**RICHARD CONWAY CASEY, United States District Judge:**

    In light of the stipulated consent decree and permanent injunction entered in this case on August 21, 2006, the Clerk of the Court is directed to close this case and remove it from the Court's active docket. Any pending motions are moot.

So Ordered: New York, New York
                 August 21, 2006

                                            Richard Conway Casey, U.S.D.J.

Case 1:05-cv-07545-RCC   Document 10   Filed 08/21/06   Page 2 of 5